# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PAUL A. CULBREATH

vs.                                        NO. 3:06CV00099 SWW

WILMA P. SMITH, ET AL

### O R D E R

The Court's attention has been directed to the fact that defendant herein is presently proceeding pro se.

The purpose of this Order is to direct defendant's attention to the fact that plaintiff is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court.  Failure to so comply  can result in dismissal of defendant's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.  Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on defendant by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 3rd day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE