IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| PAUL A. CULBREATH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:06cv0099 SWW |
| | * | |
| | * | |
| WILMA P. SMITH and, | * | |
| JARED BASSHAM and, | * | |
| JACK MCCANN, SHERIFF OF | * | |
| CRAIGHEAD CO., and | * | |
| CRAIGHEAD COUNTY, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

| | | |
|---|---|---|
| WILMA P. SMITH, | * | |
| | * | |
| Counter-Claimant, | * | |
| vs. | * | |
| | * | |
| | * | |
| PAUL A. CULBREATH, | * | |
| | * | |
| Counter-Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 11th day of September, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE